CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

SQUIRE PATTON BOGGS (US) LLP
Thomas J. Lloyd SBN 305507
thomas.lloyd@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Attorneys for Defendant
lululemon usa inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>LULULEMON USA INC., a Nevada Corporation; and Does 1-10,<br><br>    Defendants. | Case: 4:19-CV-06779-YGR<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 09, 2020      CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff

Dated: November 09, 2020      SQUIRE PATTON BOGGS (US) LLP

                              By: /s/ Thomas J. Lloyd
                                  Thomas J. Lloyd
                                  Attorneys for Defendant
                                  lululemon usa inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: November 13, 2020

_____
Yvonne Gonzalez Rogers
United States District Judge